IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA             PLAINTIFF

v.             No. 4:17-cr-312-DPM-3

FRANCISCO AGUIRRE-GARCIA             DEFENDANT
Reg. No. 31596-009

ORDER

    Garcia moves to reduce his sentence based on amendments to the Sentencing Guidelines. But he was sentenced to the ten-year statutory mandatory minimum. The Court does not have the authority to reduce his sentence. His motion, *Doc. 1238*, must therefore be denied. The Court, however, commends Garcia for the good work he's doing while in custody. Keep it up.

    So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 April 2024